Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
John Morales

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MORALES, | No. 1:13−CV−00103−AWI−SAB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |
| vs. | |
| FAWZI MUHRRAM and HAFED FAISAL ALWAJIH dba FOSTERS FREEZE, | |
| Defendants. | |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter amongst themselves;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: March 8, 2013                                MOORE LAW FIRM, P.C.


                                                            /s/Tanya E. Moore
                                                            Tanya E. Moore
                                                            Attorneys for Plaintiff John Morales

///

///

*Morales v. Fawzi Muhrram, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 1

1 **ORDER**

2     Good cause appearing,

3     IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

4 The Clerk of the Court is DIRECTED to close this case.

7 IT IS SO ORDERED.

8 Dated:   March 8, 2013

9     SENIOR DISTRICT JUDGE

*Morales v. Fawzi Muhrram, et al.*
Notice of Voluntary Dismissal of Action; [Proposed] Order
Page 2